*IN THE SUPREME COURT, STATE OF WYOMING*

**2021 WY 58**

*April Term, A.D. 2021*

*April 28, 2021*

DODI JOSEPH CARPENTER,

**Appellant**
**(Defendant),**

**v.**                                                                                    **S-20-0218**

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶ 1]   **This matter** came before the Court upon its own motion following the filing of Appellant's "Pro-se Motion for Appeal Due to Ineffective Counsel," which was filed herein April 16, 2021.  Pursuant to a plea agreement, Appellant entered an unconditional guilty plea to one count of sexual abuse of a minor in the first degree.  Wyo. Stat. Ann. § 6-2-314(a)(iii).  The district court imposed a 35 to 50-year sentence.  Appellant filed this appeal to challenge the district court's September 8, 2020, "Judgment and Sentence."

[¶ 2]   On December 1, 2020, Appellant's court-appointed appellate counsel filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  This Court subsequently ordered that Appellant may "file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal."  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision" on this appeal.  On April 16, 2021, Appellant filed a *pro se* brief, which he styled as a "Pro-se Motion for Appeal Due to Ineffective Counsel."

[¶ 3]   Now, following a careful review of that *pro se* brief, the record, and the "*Anders* brief" submitted by appellate counsel, this Court finds that appellate counsel's motion to

withdraw should be granted and the district court's "Judgment and Sentence" should be affirmed. It is, therefore,

[¶ 4]   **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Dodi Joseph Carpenter, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶ 5]   **ORDERED** that the Fremont County District Court's September 8, 2020, "Judgment and Sentence" be, and the same hereby is, affirmed.

[¶ 6]   **DATED** this 28th day of April, 2021.

BY THE COURT:


/s/

**MICHAEL K. DAVIS**
**Chief Justice**